FILED
CLERK, U.S. DISTRICT COURT

OCT 1 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

METIN RIZA GUREL,                    )   No. EDCV 10-649 JVS (FFM)
                                     )
            Petitioner,              )
                                     )   JUDGMENT
      v.                             )
                                     )
TIMOTHY E. BUSBY, Warden, *et al.*,  )
                                     )
            Respondents.             )
_____)

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: _____10.18.12_____

                                        JAMES V. SELNA
                                        United States District Judge